```
 1                         UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF NEW YORK
 2

 3   ---------------------------------------X
                                             :
 4   MIGUEL INFANTE, et al.,                  :   17-CV-01564 (SN)
                                              :
 5                  Plaintiffs,               :
                 v.                           :
 6                                            :   500 Pearl Street
     PRINCE BAKERY, INC., et al.,             :   New York, New York
 7                                            :
                    Defendants.               :   December 8, 2017
 8   ---------------------------------------X
 9          TRANSCRIPT OF CIVIL CAUSE FOR CONFERENCE
                 BEFORE THE HONORABLE SARAH NETBURN
10                 UNITED STATES MAGISTRATE JUDGE

11
     APPEARANCES:
12
     For the Plaintiff:      PETER H. COOPER, ESQ.
13                           Cilenti & Cooper, PLLC
                             708 Third Avenue, 6th Floor
14                           New York, New York 10017

15
     For Prince Bakery:      CONSTANTINE G. DIMOPOULOS, ESQ.
16                           Maniatis & Dimopoulos, PC
                             73 Main Street
17                           Tuckahoe, New York 10707

18
     For Anthony Rusciano:   SIDNEY BAUMGARTEN, ESQ.
19                           Sidney Baumgarten Attorney At Law
                             14 Wall Street, Suite 6B
20                           New York, New York 10005

21

22   Court Transcriber:      MARY GRECO
                             TypeWrite Word Processing Service
23                           211 N. Milton Road
                             Saratoga Springs, New York  12866
24

25



     Proceedings recorded by electronic sound recording,
     transcript produced by transcription service
```

                                                                   2

1    [Unsealed portion of transcript.]
2              THE CLERK:  All rise.
3              THE COURT:  Good morning, everybody.
4              THE CLERK:  In the matter of Infante, et al v.
5    Prince Bakery, Inc., et al, docket number 17-CV-1564.
6    Counsel, please state your name for the record.
7              MR. COOPER:  Good morning, Judge.  Peter Cooper.
8    Directly to my right is my assistant Tatiana Savalos [Ph.].
9    To her right is my client Miguel Infante, the plaintiff.  And
10   to his right is his daughter Nirobi [Ph.] Quiones.
11             THE COURT:  Thank you.
12             MR. BAUMGARTEN:  I'm Sid Baumgarten.  I represent
13   Mr. Rusciano.
14             THE COURT:  Thank you.
15             MR. DIMOPOULOS:  Good morning.  Gus Dimopoulos.  I
16   represent Prince Bakery.
17             THE COURT:  Thank you.
18             MR. MARIAH:  And I'm the receiver of Prince Bakery
19   under New York State court order of Judge Walker out of
20   Westchester County, and my name is Joseph Mariah [Ph.], 301
21   Tarrytown Road, White Plains, New York.
22             THE COURT:  Thank you.  Thank you for being here.
23   I'm glad you're all here today and not tomorrow because I
24   understand we're going to have sort of a snowstorm tonight.
25             MR. COOPER:  The first one of the year.

3

1  THE COURT:  Yes.  They're saying two to four inches
2  tomorrow morning, so we'll see.
3  So thank you for being here.  I appreciate that.  I
4  appreciate everybody taking time out of their schedule to
5  spend some time with me.  I think given our late start and
6  some of the translation issues it might make the most sense
7  for us just to roll up our sleeves and get started unless the
8  parties think that opening remarks or anything further will be
9  useful.
10  MR. COOPER:  Opening remarks are not necessary.  I'd
11  just point out we had prior mediation with the general counsel
12  to NYU through the program, the southern district program.  At
13  that mediation Mr. Rusciano wasn't present so hopefully his
14  presence will help.
15  THE COURT:  Okay.
16  MR. COOPER:  I want to just understand is he running
17  the bakery or --
18  [Off the record.]
19  THE COURT:  Does it work on the back table?
20  [Telephone Ringing]
21  FEMALE SPEAKER. COPA:  Hello?
22  THE COURT:  Hi, this is Judge --
23  FEMALE SPEAKER:  Hello?
24  THE COURT:  This is Judge Netburn.  Hi.
25  FEMALE SPEAKER:  Is this Your Honor?

1          THE COURT:  Yes, it is.
2          FEMALE SPEAKER:  You'll have to call back.  I have a
3 problem with my phone.  It crackles.  If you don't mind.  I
4 apologize.
5          THE COURT:  I'd actually like it if I could have you
6 on the line because --
7          FEMALE SPEAKER:  I'm sorry?
8          THE COURT:  I would like to have you on the phone so
9 that we can make sure you understand the settlement agreement
10 and that you accept the terms.  So I'm going to ask you --
11          FEMALE SPEAKER:  Yes, we accept the terms, yes.
12          THE COURT:  I understand, but I want to do it
13 formally.  So if you can just listen for a moment I want to
14 put on the record the terms of the settlement agreement.  And
15 what I first want to focus on is the terms of the settlement
16 of the plaintiff's claims.  So the plaintiff is settling his
17 case and is agreeing to dismiss his claims with prejudice for
18 a total payment of $85,000.  That payment is going to be made
19 within 45 days of today.  That payment is going to --
20          FEMALE SPEAKER:  $85,000?
21          THE COURT:  Yes.  And so the payment is going to be
22 made as follows.  That there's going to be a payment directly
23 from Mr. Rusciano in the amount of $25,000.  There'll be a
24 payment --
25          FEMALE SPEAKER:  How much?  I'm sorry.  35,000?

1             THE COURT:  Yes.  If I can just ask you to listen,
2   just listen to the terms.
3             FEMALE SPEAKER:  Okay.
4             THE COURT:  Because I'm trying to --
5             FEMALE SPEAKER:  Your Honor, you have to call me
6   back because your voice is going in and out on my phone.
7             THE COURT:  Okay.  Is there a landline that I can
8   call you at?
9             FEMALE SPEAKER:  Please try to call me back.
10            THE COURT:  Is there another line I can use?
11            FEMALE SPEAKER:  I'm sorry?
12            THE COURT:  Do you have a landline that I could use?
13            FEMALE SPEAKER:  No, no.  We're in a car.  We're in
14  a car.  I parked my car.
15            THE COURT:  Okay. All right. We'll hang up and
16  call you again.
17            FEMALE SPEAKER:  Please try calling me back because
18  the last time you did call us back, the voice was clear.
19            THE COURT:  Okay.  I'm on the court, on the bench
20  now.
21            FEMALE SPEAKER:  All right.  Thank you.  I
22  appreciate it.  Thank you.
23                    [Phone dialing and ringing.]
24            FEMALE SPEAKER:  Hello?
25            THE COURT:  Hello.  Can you hear me now?

1        FEMALE SPEAKER:  Hello?

2        THE COURT:  Can you hear me now?

3        FEMALE SPEAKER:  Yes.

4        THE COURT:  Okay.  All right.  So please just listen
5   carefully.  I'm trying to create a transcript here of what is
6   happening.

7        So we are settling the case and the plaintiff, Mr.
8   Infante, is agreeing to dismiss his claims with prejudice.  He
9   is going to be paid $85,000 in 45 days from today.  That
10  payment is going to be paid 25,000 from Mr. Rusciano, 25,000
11  from Ms. Copa [Ph.], and 35,000 from a joint account that is
12  jointly held by Ms. Copa and Ms. Rusciano.  That $35,000 can
13  be reimbursed by the bakery at a later date once the bakery
14  has its books in order.  So those are the terms for the
15  settlement of the plaintiff's FLSA claims.

16       Let me first ask Mr. Cooper if he understands those
17  to be all of the material terms of the settlement of this
18  claim.

19       MR. COOPER:  Yes, Judge.  If you want me to put on
20  terms of release and not an admission of liability we can do
21  that as well, but those are the material terms of the
22  settlement in terms of the payment, yes.

23       THE COURT:  Okay.  Are you anticipating that the
24  parties would execute a memorialization of this agreement or
25  is this record going to be that memorialization?

7

1    MR. COOPER: This, Judge, this record, Judge, is the
2 settlement.
3    THE COURT: Okay. And so Mr. Infante is going to
4 release the defendants from all wage and hour claims brought
5 under New York law or the federal law, is that right?
6    MR. COOPER: Yes, Judge.
7    THE COURT: Okay.
8    MR. COOPER: And the defendants in making this
9 payment are not admitting to liability. They're doing this
10 for business purposes and for economic reasons, not
11 necessarily because they admit to liability. The payment that
12 you put on the record, Judge, will be made within 45 days.
13 The case will be dismissed today though. And I understand
14 Your Honor will retain jurisdiction for a period of 60 days.
15 In case there is any problem, we would be able to return to
16 court. And Your Honor is going to -- the parties are going to
17 consent to Your Honor's jurisdiction for all purposes.
18    THE COURT: Terrific. So I understand that my
19 deputy's already provided you all with a consent form. So if
20 the lawyers can sign that, I'll get that to Judge Caproni. I
21 will dismiss the case once the case has been transferred to my
22 jurisdiction. It'll be with prejudice but with leave to
23 reopen the case within 60 days.
24    MR. COOPER: Yes.
25    MR. DIMOPOULOS: Your Honor, may I add one

8

1  additional term, please, that --
2              THE COURT:  Yes.  Can you identify yourself for the
3  record?
4              MR. DIMOPOULOS:  My name is Gus Dimopoulos and I am
5  representing Prince Bakery in this proceeding.  I just want to
6  make it clear that all payments will be made to Cilenti &
7  Cooper, to the law firm, provided Mr. Cooper, prior to the due
8  date of the payment, provides my office and I guess Mr.
9  Baumgarten's office with an executed W-9 form.
10             MR. COOPER:  Yes, Judge.  I've had other cases with
11 Mr. Dimopoulos and I actually had another case with Virginia
12 Alvarez who I recognize from prior dealings.  She represents
13 one of the shareholders of the corporation I believe.  She
14 will be agreeing to the partial, part of the settlement today.
15 And she's informed me that some of the payment will come even
16 before the end of this year.  So we're happy to hear about
17 that.  We will provide a tax form.  We will retain one-third,
18 Judge, as attorneys fees and disburse the balance to the
19 plaintiff so that payment will be made to my firm, we will
20 hold it in escrow and disburse two-thirds of it to the
21 plaintiff pursuant to the arrangement that my office has with
22 Mr. Infante.
23             THE COURT:  Very well.  And I approve that
24 distribution.
25             Mr. Infante, do you understand the terms of this

9

1  settlement agreement?
2          MR. INFANTE:  Yes.
3          THE COURT:  And do you accept these terms?
4          MR. INFANTE:  Yes.
5          THE COURT:  And do you understand that by accepting
6  these terms today you're entering into a binding and
7  enforceable oral agreement?
8          MR. INFANTE:  Yes.
9          THE COURT:  Okay.  Thank you.  Mr. Dimopoulos, I
10 understand you represent the bakery.  Do you understand the
11 terms of the settlement agreement?
12         MR. DIMOPOULOS:  Your Honor, I do and I realize
13 we're all seated and speaking to you, so I would assume we
14 have permission to keep doing that?
15         THE COURT:  That's fine.
16         MR. DIMOPOULOS:  Yes, I do.  Thank you.
17         THE COURT:  Okay.  And Mr. Mariah --
18         MR. DIMOPOULOS:  Your Honor, just as part of this
19 settlement, and I know the Court doesn't necessarily have
20 total jurisdiction --
21         THE COURT:  Can I interrupt you?  I'm going to put
22 on the record right now just the terms for the FLSA claim and
23 then deal with the other issues separately.  I think those
24 issues we're going to put under seal.  There's no reason for a
25 public record of those terms.

                                                                    10

1              MR. DIMOPOULOS:  Fine.
2              THE COURT:  So I want to put those terms that are
3    going to be made public, I'm going to have a transcript made
4    of this proceeding.  So if that's all right, I want to just
5    focus on settling the plaintiff's claim first.
6              MR. DIMOPOULOS:  No disagreement.
7              THE COURT:  Okay.  Mr. Mariah, do you have authority
8    to bind the bakery?
9              MR. MARIAH:  Your Honor, I have power to bind the
10   bakery to the extent that I could obtain permission from Judge
11   Walker who is the judge in charge of the receivership.
12             THE COURT:  Okay.  Can you accept at least, assuming
13   the consent of Judge Walker, can you -- do you understand the
14   terms of the settlement agreement?
15             MR. MARIAH:  I actually do.
16             THE COURT:  And do you understand that as part of
17   this settlement agreement the bakery will ultimately be
18   required to reimburse Ms. Copa and Ms. Rusciano $35,000?  Do
19   you understand that?
20             MR. MARIAH:  Yes.
21             THE COURT:  Okay.  And do you accept the settlement
22   on behalf of the bakery?
23             MR. MARIAH:  I do.
24             THE COURT:  Okay.  And you understand that by
25   accepting this agreement you're entering into a binding and

                                                                  11

1  enforceable agreement by the bakery?
2             MR. MARIAH:  Yes.
3             THE COURT:  Thank you.  Mr. Rusciano, do you
4  understand the terms of the settlement agreement?
5             MR. RUSCIANO:  I do.
6             THE COURT:  Okay.  And do you accept these terms?
7             MR. RUSCIANO:  Yes.
8             THE COURT:  And do you understand that by accepting
9  these terms you're entering into a binding and enforceable
10 oral agreement?
11            MR. RUSCIANO:  I do.
12            THE COURT:  Okay.  Ms. Copa, can you hear me?
13            MS. COPA:  Yes, I do.
14            THE COURT:  Okay.  Do you understand the terms of
15 this settlement and that you will be paying $25,000 personally
16 and also authorizing a distribution from a joint account that
17 you hold with your sister in the amount of $35,000?  Do you
18 understand all of that?
19            MS. COPA:  Yes.
20            THE COURT:  And do you agree to those terms?
21            MS. COPA:  Yes, I do.
22            THE COURT:  And do you understand that by accepting
23 these terms you're entering into a binding and enforceable
24 oral agreement?  Do you understand that?
25            MS. COPA:  Yes.

```
                                                                   12
 1             THE COURT:  Thank you.  Ms. Rusciano, are you there?
 2             MS. RUSCIANO:  Yes.
 3             THE COURT:  Okay.  Do you understand the terms of
 4   this settlement agreement?
 5             MS. RUSCIANO:  Yes.
 6             THE COURT:  And do you understand that you are
 7   authorizing the release of $35,000 from a joint account held
 8   by you and your sister to settle this case?
 9             MS. RUSCIANO:  Yes.
10             THE COURT:  And do you accept those terms?
11             MS. RUSCIANO:  Yes.
12             THE COURT:  Do you understand that by accepting
13   these terms you are entering into a binding and enforceable
14   oral agreement?
15             MS. RUSCIANO:  Yes.
16             THE COURT:  Okay.  Thank you very much.  I believe
17   those are all of the terms of the settlement of the wage and
18   hour claims.
19   [End of unsealed portion of transcript.]
20                          * * * * * *
21
22
23
24
25
```

```
                                                                    13
 1       I certify that the foregoing is a court transcript from
 2   an electronic sound recording of the proceedings in the above-
 3   entitled matter.
 4
 5                                   _____Mary Greco_____
 6                                        Mary Greco
 7   Dated:   January 18, 2018
```