UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MIGUEL INFANTE, et al.,

                      **Plaintiffs,**                    **17-CV-01564 (SN)**

          -against-                                    **ORDER**

PRINCE BAKERY, INC., et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court on December 8, 2017, for a settlement conference, at which they agreed to the terms of a settlement on the record. ECF No. 47. During that conference, the Court heard the terms of the FLSA settlement and determined that it was fair and reasonable. The settlement is therefore approved and this action is dismissed with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   April 3, 2019
                 New York, New York